FILED
2017 Oct-03  AM 09:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN R. GRAHAM, | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| v. | } | 2:17-cv-1407-KOB |
| | } | |
| MAR JAC POULTRY LLC, d/b/a Mar | } | |
| Jac Distribution LLC, | } | |
| | } | |
| **Defendant.** | } | |
| | } | |
| | } | |
| | } | |
| | } | |

### ORDER OF DISMISSAL

On August 22, 2017, the court ordered the plaintiff to file an Amended Complaint within thirty days that complied with Fed. R. Civ. P. 8.  The court warned the plaintiff that failure to file an Amended Complaint as ordered would result in dismissal of the action without further notice. (Doc. 3).

The plaintiff has failed to comply or otherwise respond to the court's August 22, 2017 Order.  Therefore, the court DISMISSES this action WITHOUT PREJUDICE for failure to prosecute.

DONE and ORDERED this 3rd day of October, 2017.

KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE